**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80877-CIV-CANNON**

**DANIA ROSA RODRIGUEZ,**

Plaintiff,

v.

**MARKWAYE MULLIN,** *et al.*,

Defendants.

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Petitioner's Notice of Voluntary Dismissal without Prejudice, filed on August 3, 2026 [ECF No. 7].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Petitioner prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective August 3, 2026, the date on which Petitioner filed the Notice of Voluntary Dismissal [ECF No. 7].  The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of August 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record